StressLess Blend - EO Products

Sign In    My Account    Cart    Store Locator    Professional Partners    Search

# The EO® Story

Product Search [        ] ▶

| SHOP EO | GREEN GLOSSARY | EO BLOG | ABOUT US | HELP & CONTACT |

**Products**

Hands
Bath
Hair
Body
Feet
Lips
Shave
Gifts
Essential Oils
Travel
Perfume
Cleaning Products
Limited Edition
Refills & Bulk
Whole Foods Market
Employee Recommendations
Customers' Favorites
Free Samples
Monthly Promotions
Quick Order List

Home :: Essential Oils :: Essential Oils Products

## StressLess Blend

Description | Ingredients

To help ease rattled nerves. Sandalwood- one of the oldest known essential oils- is thought to be balancing and calming. We've combined it with citrus essential oils for a refreshing, uplifting blend.

View Large Image
Add to Wishlist
Email to a Friend

List Price   ~~$14.99~~
Your Price:  $13.49
You Save:    $1.50
Qty:         [1]

Add to Cart

### We Also Recommend:

| French Lavender | Peppermint | Tea Tree |
| $8.99 | $8.99 | $8.99 |

### Customer Reviews

Write A Review For This Product

---

Press Room    Affiliates    Marketing Support    Partnering With Our World    Newsletters

**EXHIBIT C**

Sign In    My Account    Cart    Store Locator    Professional Partners    Search

# The EO° Story

Product Search [        ] ▶

| SHOP EO | GREEN GLOSSARY | EO BLOG | ABOUT US | HELP & CONTACT |

## Products

- Hands
- Bath
- Hair
- Body
- Feet
- Lips
- Shave
- Gifts
- Essential Oils
- Travel
- Perfume
- Cleaning Products
- Limited Edition
- Refills & Bulk
- Whole Foods Market
- Employee Recommendations
- Customers' Favorites
- Free Samples
- Monthly Promotions
- Quick Order List

Home :: Essential Oils :: Essential Oils Products

## StressLess Blend



View Large Image
Add to Wishlist
Email to a Friend

Description | Ingredients

**Ingredients found in this product:**
100% Pure Essential Oil

**Key Ingredients:**
Sandalwood

View the Green Glossary »

List Price     ~~$14.99~~
Your Price:   $13.49
You Save:    $1.50
Qty: [1]

Add to Cart

### We Also Recommend:



French Lavender        Peppermint        Tea Tree
$8.99                  $8.99             $8.99

### Customer Reviews

Write A Review For This Product

Press Room    Affiliates    Marketing Support    Partnering With Our World    Newsletters

http://eoproducts.com/Products/StressLess-Blend__636874050492.aspx                              12/29/2008

